# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>LOVE BUGS PET SITTING, CASSANDRA SMREKAR, individually, and MEGAN SMREKAR WILLIAMS, individually.<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-cv-02058-LMM<br><br>**JURY TRIAL DEMANDED** |

**Plaintiffs' Certificate of Interested Persons**

Counsel for Plaintiffs Deborah Deveny and Jennifer Flannery file this Certificate of Interested Persons pursuant to N.D. Ga. Local Rule 3.3, as follows.

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, subsidiary, and any publicly held corporation that owns 10% or more of the stock of a party:

    a) Plaintiff Deborah Deveny

    b) Plaintiff Jennifer Flannery

    c) Defendant Love Bugs Pet Sitting

      d) Defendant Cassandra Smrekar

      e) Defendant Megan Smrekar Williams

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a)    Hall & Lampros, LLP law firm

    b)    Rachel Berlin Benjamin and Brian J. Sutherland (Hall & Lampros, LLP attorneys)

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    1.    <u>Counsel for Plaintiffs:</u>
           Rachel Berlin Benjamin
           Brian J. Sutherland
           Hall & Lampros, LLP
           400 Galleria Parkway, Suite 1150
           Atlanta, GA 30339
           Ph: 404.876.8100
           Fax: 404.876.3477
           rachel@hallandlampros.com
           brian@hallandlampros.com

Respectfully submitted this 31st day of May, 2022.

**HALL & LAMPROS, LLP**

/s/ *Rachel Berlin Benjamin*
Rachel Berlin Benjamin
Ga Bar No. 707419
400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone
(404) 876-3477 facsimile
rachel@hallandlampros.com

*Attorney for Plaintiffs*

Plaintiff's counsel certifies that this document is in 14 point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically filed the foregoing **Plaintiffs' Certificate of Interested Persons** with the Clerk of the Court by using the CM/ECF system, which provided service by electronic means to the following attorneys:

Kenan G. Loomis
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree St., N.E.
Atlanta, GA 30309
kloomis@cozen.com

**HALL & LAMPROS, LLP**
*/s/ Rachel Berlin Benjamin*
Rachel Berlin Benjamin
Ga Bar No. 707419