AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, individually and on behalf of all similarly situated persons <br><br> *Plaintiff(s)* <br><br> v. <br><br> LOVE BUGS PET SITTING, CASSANDRA SMREKAR, individually, and MEGAN SMREKAR WILLIAMS, individually <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-2058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CASSANDRA SMREKAR
430 Monroe Way NW
Kennesaw, Georgia 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rachel Berlin Benjamin and Brian J. Sutherland
HALL AND LAMPROS, LLP
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Tel.: (404) 876-8100
rachel@hallandlampros.com, brian@hallandlampros.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  05/24/2022           s/Stephanie Wilson-Bynum
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-2058

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cassandra Smrekar
was received by me on *(date)* 5/26/22 .

☒ I personally served the summons on the individual at *(place)* 430 Monroe Way
on *(date)* 5/31/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/2/22

*Server's signature*

Wiley D. Handley, Process Server
*Printed name and title*

1271 Avondale Ave
Atlanta GA 30312

*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                                      Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, individually and on behalf of all similarly situated persons <br><br> *Plaintiff(s)* <br> v. <br> LOVE BUGS PET SITTING, CASSANDRA SMREKAR, individually, and MEGAN SMREKAR WILLIAMS, individually <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-2058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LOVE BUGS PET SITTING
c/o Cassandra Smrekar
430 Monroe Way NW
Kennesaw, Georgia 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Berlin Benjamin and Brian J. Sutherland
HALL AND LAMPROS, LLP
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Tel.: (404) 876-8100
rachel@hallandlampros.com, brian@hallandlampros.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:   05/24/2022

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-2058

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Love Bugs Pet Sitting
was received by me on *(date)* 5/26/22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Cassandra Smreker , who is
designated by law to accept service of process on behalf of *(name of organization)* Love Bugs
Pet Sitting on *(date)* 5/31/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/2/22

_____
Server's signature

Wiley D. Handly   Process Server
Printed name and title

1271 Avondale Ave
Atlanta GA 30312

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, individually and on behalf of all similarly situated persons <br><br> *Plaintiff(s)* <br><br> v. <br><br> LOVE BUGS PET SITTING, CASSANDRA SMREKAR, individually, and MEGAN SMREKAR WILLIAMS, individually <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-2058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MEGAN SMREKAR WILLIAMS
1027 Riverbend Club Drive
Atlanta, Georgia 30339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Berlin Benjamin and Brian J. Sutherland
HALL AND LAMPROS, LLP
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
Tel.: (404) 876-8100
rachel@hallandlampros.com, brian@hallandlampros.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  05/24/2022

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-2058

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Megan Smrekar Williams
was received by me on *(date)* 5/26/22.

☒ I personally served the summons on the individual at *(place)* 1027 Riverbend Club Dr.
on *(date)* 5/31/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/2/22

Server's signature

Wiley D. Handly  Process Server
Printed name and title

1271 Avondale Ave
Atlanta GA 30312
Server's address

Additional information regarding attempted service, etc: