IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, Individually and on behalf of all similarly situated persons, | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:22-cv-2058-LMM |
| v. | : : | |
| LOVE BUGS PET SITTING, *et al.*, | : : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court. The Court has made no modifications.

**IT IS SO ORDERED** this 20th day of July, 2022.

_____
**Leigh Martin May**
**United States District Judge**