**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEBORAH DEVENY and JENNIFER FLANNERY, individually and on behalf of all similarly situated persons, | **CIVIL ACTION NO.: 1:22-cv-02058-LMM** |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| LOVE BUGS PET SITTING, CASSANDRA SMREKAR, individually, and MEGAN SMREKAR WILLIAMS, individually. | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF OPT-IN PLAINTIFF HOCH

Please take notice that Dawn Hoch hereby withdraws her Consent to Join this lawsuit

Respectfully submitted this 12th day of September, 2022.

*s/ Rachel Berlin Benjamin*
Rachel Berlin Benjamin
Georgia Bar No. 707419
Hall & Lampros, LLP
400 Galleria Pkwy SE
Suite 1150
Atlanta, GA 30339
E: rachel@hallandlampros.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on this day, the foregoing **Notice of Withdrawal** was served upon Whitney Dupree and Ian Smith via e-mail when this was filed on ECF.

This 12th day of September, 2022.

/s Rachel Berlin Benjamin
Rachel Berlin Benjamin
Georgia Bar No. 707419